UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., <br><br> Plaintiff, <br><br> v. <br><br> DIBO ATTAR, <br> Defendant. | Civil Action No.: 11-cv-329 (CCC-JAD) <br><br><br> **O R D E R** |

**CECCHI, District Judge.**

This matter comes before the Court on Dibo Attar's ("Defendant") motion to dismiss Cole, Schotz, Meisel, Forman & Leonard, P.A.'s ("Cole Schotz" or "Plaintiff") complaint pursuant to Federal Rule of Civil Procedure 12(b)(7) [Docket No. 8]. On December 27, 2011, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Defendant's motion to dismiss be denied. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation dated December 27, 2011, and for substantially the same reasons stated therein,

IT IS on this 17th day of January, 2012,

**ORDERED** that this Court adopts Judge Dickson's December 27, 2011 Report and Recommendation and thus denies Defendant's motion to dismiss Plaintiff's complaint.

_s/ Claire C. Cecchi_
**HON. CLAIRE C. CECCHI**
**United States District Judge**
